STATE OF LOUISIANA

VERSUS

GLYNN JUNIORS

NO. 23-KH-379

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

_____September 08, 2023_____

Linda Wiseman
First Deputy Clerk

**IN RE** GLYNN JUNIORS, JR.

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE J. STERLING SNOWDY, DIVISION "C", NUMBER 98,12

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

### WRIT GRANTED FOR LIMITED PURPOSE

Relator, Glynn Juniors, seeks review of the trial court's March 22, 2023 order denying his application for post-conviction relief ("APCR") filed in the 40th Judicial District Court on December 29, 2022. Relator was indicted in St. John the Baptist Parish for first degree murder. However, pursuant to a defense motion for change of venue, the case was transferred to Vermillion Parish in the 15th Judicial District Court, where he was convicted and sentenced.[1] As a result, Relator should have filed his APCR in Vermillion Parish.[2]

Therefore, we find that the 40th Judicial District Court was not the proper venue for the filing of Relator's APCR. Accordingly, we grant the writ application for the limited purpose of vacating the trial court's March 22, 2023 order.

Gretna, Louisiana, this 8th day of September, 2023.

**MEJ**
**SMC**
**JJM**

---

[1] *See*, *State v. Juniors*, 05-649 (La. App. 3 Cir. 12/30/05), 918 So.2d 1137, for the underlying facts of the matter.
[2] *See*, La. C.Cr.P. art. 925, which states, "Applications for post conviction relief shall be filed in the parish in which the petitioner was convicted."

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/08/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-KH-379**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

40th District Court (Clerk)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
Honorable Bridget A. Dinvaut (Respondent)

### MAILED

Talia N. MacMath (Relator)
Naila K. Campbell (Relator)
Matilde J. Carbia (Relator)
Attorney at Law
1340 Poydras Street
Suite 1700
New Orleans, LA 70112

SECURITY

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Talia N. MacMath
Attorney at Law
1340 Poydras Street
Suite 1700
New Orleans, LA 70112
23-KH-370                          09-08-23

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3572 76

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7882

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

09-11-23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt